UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
4-28-22
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

CURTIS BROWN

CASE NO. 3:22-cr-46-BJD-LLL
18 U.S.C. § 115
18 U.S.C. § 876(c)

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about November 30, 2021, in the Middle District of Florida, the defendant,

CURTIS BROWN,

threatened to murder M.W., a United States District Judge, with intent to retaliate against the United States District Judge on account of the performance of M.W.'s official duties.

In violation of 18 U.S.C. § 115.

### COUNT TWO

On or about November 30, 2021, in the Middle District of Florida, the defendant,

CURTIS BROWN,

knowingly caused to be delivered by the United States Postal Service, according to the directions thereon, a communication that was addressed to M.W., who is a United

States District Judge, that contained threats that the defendant knew would place a reasonable person in fear of being injured or of another person being injured, specifically, that the defendant was paying someone to kill M.W. and his family.

In violation of 18 U.S.C. § 876(c).

A TRUE BILL.

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Ashley Washington
Assistant United States Attorney

By: _____
Kirwinn Mike
Assistant United States Attorney

By: _____
Frank Talbot
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
4/20/22 Revised

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

CURTIS BROWN

INDICTMENT

Violations: Count 1: 18 U.S.C. § 115
Count 2: 18 U.S.C. § 876(c)

A true bill,

_____ Foreperson

Filed in open court this 28th day

of April, 2022.

_Megan R. Chaddock_
Clerk

Bail   $_____

GPO 863 325