UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2022 JUN 15 AM 12:00
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.

CURTIS BROWN

Case # 3:22-cr-46-BJD-LLL

## MOTION TO TERMINATE COUNSEL

Comes Now, the Defendant, Curtis Brown, Pro se, whom hereby respectfully moves this Honorable Court, pursuant to all applicable Federal Rules of Criminal Procedures, for an order to terminate Counsel J. Skuthan for ineffective of assistance provided on June 7, 2022, that caused an unfair outcome in pretrial detention hearing.

As grounds for such termination the Defendant submits the following facts:

(1.) On June 7, 2022, the Defendant spoke with Counsel Skuthan, thirty minutes before the Court conducted a detention hearing, and informed Counsel that he wanted to exercise the right to provide sworn testimony under oath in regards to erroneous information disclosed by state agencies concerning prior convictions and active sentences.

(2.) On the said date and time, Counsel responded to the Defendant that it would not be in the Defendant's best interest to provide sworn testimony (ie. facts) to the Court and if the issue was brought up at the detention

Pg. 1 of 4

hearing by the district attorney he would object to such assertions as misinformation.

(3.) On June 7, 2022, during the open court proceedings for the detention hearing, the district attorney on record provided misinformation for the Court to consider concerning Defendant's prior convictions and status of currently serving a sentence in the Fla. Dept. of Corr.

(4.) Counsel Skuthan merely objected in open Court to the district attorney's assertion of misinformation without stating grounds for doing so that would be recognizable in a possible Appellate review.

(5.) The Defendant acknowledged Counsel's failure to specify his grounds for objection and therefore requested to speak to the Court on his own behalf causing a minor disturbance and disagreement between Counsel Skuthan and himself, unintentionally.

(6.) Magistrate Richardson allowed the Defendant to speak on his own behalf but was unable to fully understand what exactly the Defendant was attempting to articulate to the Court concerning disclosure of erroneous information for active sentences in the Fla. Dept. of Corr..

(7.) Magistrate Richardson ordered for pretrial detention of the Defendant based on the consideration of misinformation that the Defendant was a prior convicted felon serving sentences for the state of Florida.

(8.) The Defendant herein has never been previously

brought back to the jurisdiction of the Indian River County Court for a judgment and sentence to be rendered in criminal cases, as required by law, and no warrants, detainers, or capias are active in such criminal cases.

## CONCLUSION

WHEREFORE, based on the above facts, the Defendant respectfully request that Counsel J. Skuthan be dismissed from further representing the Defendant, to prevent unfair outcomes in imminent proceedings.

Respectfully Submitted,
/s/ x C.L B
Curtis Brown/Defendant
6/12/2022

## UNNOTARIZED OATH

I HEREBY DECLARE UNDER THE PENALTIES OF PERJURY that I, Curtis Brown, am the Defendant in the foregoing Motion and that I have read the facts as they are true and correct.

Executed on: 6/12/2022   By: /s/ x C.L B
Curtis Brown/Defendant

Pg. 3 of 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing Motion has been sent by U.S. Postal Services to the following: District Attorney Office, 300 North Hogan St., Jacksonville, FL., 32202, by placing in the hands of officials for mailing, on this 12 day of June 2022 by the undersigned;

/s/ x CLB
Curtis Brown / Defendant

Pg. 4 of 4